UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL R. HEACOCK,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5368 RJB-KLS

REPORT AND RECOMMENDATION

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #18). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

This Court recommends that on remand the Administrative Law Judge will be instructed to: (1) Update the treatment evidence on Plaintiff's medical condition; (2) evaluate the treating source opinion from Joseph H. Leas, D.P.M., explaining the weight given to this evidence; (3) evaluate Plaintiff's residual functional capacity based upon the updated record, citing specific evidence in support of the assessed limitations; (4) further consider whether Plaintiff has past relevant work he could perform with the limitations established by the evidence; and (5) as

REPORT AND RECOMMENDATION - 1

appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base. The ALJ will consolidate these claims. The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 13th day of January, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2