UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL R. HEACOCK,

               Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

Case No. 11-5368 RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #19] recommending that this case be remanded, based on the stipulation of the parties [ECF #18].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation (Dkt 19);

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 17th day of January, 2011.

                         /s/ Robert J. Bryan

                         ROBERT J. BRYAN
                         United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1