United States District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. HEACOCK, | ) |
|             Plaintiff, | ) CIVIL NO. C11-5368RJB-KLS ) |
| vs. | ) ORDER FOR ATTORNEY'S FEES ) PURSUANT TO 42 U.S.C. § 406(b) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $16,279.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,754.99 that previously were awarded and an additional reduction of $545.01, leaving a net fee of $10,979.50. When issuing the 42 U.S.C. § 406(b) check for payment to

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C11-5368RJB-KLS] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $10,979.50, minus any applicable processing fees as allowed by statute.

DATED this 2nd day of July, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

S/Eitan Kassel Yanich
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C11-5368RJB-KLS] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226